**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-6116

TERRY HARRIS,

Plaintiff - Appellant,

versus

SHERIFF DAWSON, Williamsburg Sheriff; PAULK,
Head of Medical,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca B. Smith, District Judge. (CA-98-325-2)

Submitted: April 15, 1999             Decided: April 20, 1999

Before NIEMEYER and HAMILTON, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Terry Harris, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Terry Harris appeals from the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (1994) complaint in which he alleged that prison officials provided inadequate medical care. The district court properly assessed a filing fee in accordance with 28 U.S.C. § 1915(b)(1)(A) (1994), and dismissed the case without prejudice when Harris failed to comply with the fee order. Finding no abuse of discretion, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED